UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FENGYU SUN,

                        Plaintiff,

-against-                                22-CV-0246 (LJL)

ALEJANDRO MAYORKAS, SECRETARY      ORDER OF SERVICE
OF THE DEPARTMENT OF HOMELAND
SECURITY, et al,

                        Defendants.

LEWIS J. LIMAN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

    The Clerk of Court is directed to issue summonses as to: (1) Alejandro Mayorkas, Secretary of the Department of Homeland Security; (2) Timothy Houghton, Director of United States Citizenship and Immigration Services ("USCIS") New York Office; and (3) Scott Velez, Deputy Director of USCIS's New York Office. Plaintiff is directed to serve a summons and the complaint on each of these defendants within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served the defendants or requested an extension of time to do so, the Court may dismiss the claims against the defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:  January 12, 2022
            New York, New York

                                                    LEWIS J. LIMAN
                                                 United States District Judge