```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
FENGYU SUN,                                                       :
                                                                  :
                          Plaintiff,                              :
                                                                  :        22-cv-0246 (LJL)
        -v-                                                       :
                                                                  :        ORDER
ALEJANDRO MAYORKAS, et al.,                                       :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Pursuant to the letter from Petitioner at Dkt. No. 18, it is hereby ORDERED that this action is DISMISSED.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.


       SO ORDERED.

Dated: May 12, 2022
      New York, New York                                  LEWIS J. LIMAN
                                                                United States District Judge